UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELLY MCMILLEN,
an individual,

      Plaintiff,
v.

CITIBANK, N.A.,
a national association,

      Defendant.
_____/

Case No.:  8:19-CV-003063-SCB-AEP

## NOTICE OF PENDING SETTLEMENT

**COMES NOW**, Plaintiff, Kelly McMillen (hereinafter, "Plaintiff"), by and through the undersigned counsel pursuant to Local Rule 3.08, Middle District of Florida, and hereby submits this *Notice of Pending Settlement* and states:

1. Plaintiff and Defendant, Citibank, N.A. (hereinafter "Defendant"), reached a conditional settlement regarding all claims in this case, and the parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

2. Upon execution of a mutually-agreeable settlement agreement and release—and compliance with its terms—undersigned counsel will execute and file a Joint Stipulation for Dismissal with Prejudice.

3. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies she consulted with Defendant's counsel, and Defendant agrees to the relief sought herein.

Submitted this 5th day of June 2020.

                                              Respectfully submitted,

                                              **LEAVENLAW**

/s/ *Ian R. Leavengood*
**Ian R. Leavengood, Esq., FBN 010167**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
ileavengood@leavenlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed a copy of the foregoing *Notice of Pending Settlement* with the Clerk of the Court via the CM/ECF system, and a copy of the same has been furnished electronically this 5th day of June 2020 to:

Joshua H. Threadcraft, Esq.
Burr & Forman LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Joshua.Threadcraft@burr.com
*Attorneys for Defendant*

/s/ *Ian R. Leavengood*
Attorney