UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELLY MCMILLEN,
an individual,

      Plaintiff,

v.

CITIBANK, N.A.,
a national association,

      Defendant.
_____/

Case No.: 8:19-CV-003063-SCB-AEP

**JOINT STIPULATION FOR DISMISSAL
WITH PREJUDICE AS TO DEFENDANT CITIBANK, N.A.**

**COMES NOW**, Plaintiff Kelly McMillen, and Defendant Citibank, N.A., by and through their respective undersigned counsel pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and Middle District of Florida, Local Rule 3.08, and hereby jointly stipulate and move the Court to dismiss all claims asserted in this action as to Citibank, N.A., with prejudice. By agreement, each side shall bear its own costs and attorneys' fees.

      Dated: September 3, 2020

| | |
|---|---|
| **LEAVENLAW** | **Burr & Forman LLP** |
| /s/ *Ian R. Leavengood* | /s/ *Joshua H. Threadcraft* |
| **Ian R. Leavengood, Esq., FBN 0010167** | **Joshua H. Threadcraft, Esq., FBN 96153** |
| Northeast Professional Center | 420 N. 20th Street |
| 3900 First Street North, Suite 100 | Suite 3400 |
| St. Petersburg, FL 33703 | Birmingham, AL 35203 |
| Phone: (727) 327-3328 | Phone: (205) 251-3000 |
| Fax:   (727) 327-3305 | Fax:   (205) 413-8701 |
| consumerservice@leavenlaw.com | Joshua.Threadcraft@burr.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2020, a true and correct copy of the above and foregoing was electronically filed via CM/ECF which will electronically serve the following counsel of record:

Joshua H. Threadcraft, Esq.
Burr & Forman LLP
420 N. 20th Street
Suite 3400
Birmingham, AL 35203
Joshua.Threadcraft@burr.com
*Attorneys for Defendant*

                                            /s/ *Ian R. Leavengood*
                                            Attorney